# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:11CV-87-S

**RICHARD WINSTEAD**                                               **PETITIONER**

**v.**

**WARDEN, LUTHER LUCKETT CORRECTIONAL COMPLEX**     **RESPONDENT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Petitioner, *pro se*
4411.010